1

2

JS 6

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 JOHN VOGEL, ) | Case No.:  CV 08-8642 DSF (FFMx) |
| 12        Plaintiff, ) | |
|     vs. ) | |
| 13 ) | JUDGMENT |
| CALIFORNIA EMPIRE ) | |
| 14 BANKCORP, INC., ) | |
| COUNTRYWIDE HOME LOANS, ) | |
| 15 RECONTRUST COMPANY, AND ) | |
| DOES I-X, ) | |
| 16 ) | |
|       Defendants. ) | |
| 17 _____ | |

18

19　　　　On February 23, 2009, the Court granted Defendants' Motion to Dismiss.

20 The Court gave Plaintiff until March 30, 2009 to amend his complaint consistent

with the Court's February 23, 2009 Order.  As of April 2, 2009, Plaintiff has not

21 amended his complaint.

22

23　　　　IT IS ORDERED AND ADJUDGED that this action is dismissed with

prejudice.

24

25 Dated: 4/2/09

_____

26 　　　　　　　　　　　Dale S. Fischer
　　　　　　　　United States District Judge

27

28